**SIMMONS & GREENE, P.C.**
2432 W. Peoria Ave., Suite 1284
Phoenix, AZ 85029
Telephone: (602) 279-0455
carlene@simmonsgreenelaw.com

*Carlene M. Simmons SBN 022280*
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| KARLA R. ROBERTS, | Case No. 2:19-bk-08842-PS |
| Debtor. | MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY |

**COMES NOW,** Karla R. Roberts, Debtor in the above-captioned proceeding (herein referred to as "Movant") by and through her attorney, Carlene M. Simmons, and move this honorable Court for entry of an Order that the Trustee abandon any interest in the following legally described real property pursuant to 11 U.S.C. Section 554, Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1, and in support thereof, respectfully represent as follows:

1. On July 18, 2019, Movant filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. This Court has exclusive jurisdiction over the property in question under 28 U.S.C. Section 1334. This is a core matter.

3. At the time of filing of the present case, Movant was the owner of the following legally described real property: LOT 46, RIVER WALK VILLAGES-PHASE 2A, IN THE CITY OF LAVEEN, COUNTY OF MARICOPA, STATE OF ARIZONA, ACCORDING TO BOOK 639 OF MAPS, PAGE 41, RECORDS OF MARICOPA COUNTY, ARIZONA. RECORDING NUMBER 20101062047 (known hereafter as the 'Subject Property'). The Subject Property is also commonly known as 5314 S. 51st Drive, Laveen, AZ 85339.

4. The Subject Property is burdensome to the estate in that it is of inconsequential value and benefit to the estate as it has no equity after costs of sale above Movant's homestead exemption of $150,000.00.

5. Subject Property is presently worth approximately $300,000.00 according to a Residential Broker's Price Opinion (BPO) dated June 11, 2019 (a copy attached as 'Exhibit A').

6. The Subject Property is encumbered by a first mortgage serviced by Bank of America in the amount of approximately $139,890.00 (a copy of the Deed of Trust attached as 'Exhibit B').

7. Equity in Movant's home is $160,110.00.

8. Movant has claimed her full homestead exemption.

9. A six (6) percent cost of sale on Movant's home would be approximately $18,000.00. These costs, in addition to closing costs would negate any value that creditors would receive from the sale of Movant's home.

**WHEREFORE**, Movant respectfully requests the Court enter an Order that the Trustee abandon any interest in the Subject Property pursuant to 11 U.S.C. Section 554, Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1.

**RESPECTFULLY SUBMITTED** this 9th day of September, 2019.

        SIMMONS & GREENE, P.C.

        <u>/s/ *Carlene M. Simmons*</u>
        Carlene M. Simmons, 022280
        Attorney for Movant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE 9th DAY OF SEPTEMBER, 2019, SERVICE OF A TRUE AND ACCURATE COPY OF THE ATTACHED HAS BEEN SERVED UPON THE FOLLOWING PARTIES AS SET FORTH BELOW.

Electronically filed this 9th day of September, 2019, with:

United States Bankruptcy Court District of Arizona
230 North First Avenue
Phoenix, Arizona 85003

Copy of the foregoing sent via first-class mail this 9th day of September, 2019:

Karla R. Roberts
5314 S. 51st Drive
Laveen, AZ 85339

U.S. Trustee
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

David Birdsell
Chapter 7 Trustee
216 N. Center St.
Mesa, AZ 85201

**All creditors listed on the Master Mailing Matrix on file with the Clerk's office as of September 9, 2019** (attached as 'Exhibit C').

**RESPECTFULLY SUBMITTED** this 9th day of September, 2019.

SIMMONS & GREENE, P.C.

/s/ *Carlene M. Simmons*
Carlene M. Simmons, 022280
Attorney for Movant